JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YORK and ROBERTA SMITH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. CV 09-01098 MMM (AJWx)<br><br>JUDGMENT |

　　On March 25, 2010, the court ordered plaintiffs to effect service in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and file a proof of service no later than April 13, 2010. To date, plaintiffs have not filed proof of service.

　　　　IT IS THEREFORE ORDERED AND ADJUDGED that the action be dismissed without prejudice.

DATED: May 20, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE